UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3467
_____

DANIELLE SANTOMENNO, for the use and benefit of the John Hancock
Trust and the John Hancock Funds II; KAREN POLEY and BARBARA POLEY,
for the use and benefit of the John Hancock Funds II; DANIELLE SANTOMENNO,
KAREN POLEY and BARBARA POLEY individually and on behalf of ERISA
employee benefit plans that held, or continue to hold, group variable annuity contracts
issued/sold by John Hancock Life Insurance Company (U.S.A.), and the participants and
beneficiaries of all such ERISA covered employee benefit plans; and DANIELLE
SANTOMENNO individually and on behalf of any person or entity that is a party to, or
has acquired rights under, an individual or group variable annuity contract that was
issued/sold by John Hancock Life Insurance Company (U.S.A.) where the underlying
investment was a John Hancock proprietary fund contained in the John Hancock Trust

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A);
JOHN HANCOCK INVESTMENT MANAGEMENT SERVICES, LLC;
JOHN HANCOCK FUNDS; LLC, JOHN HANCOCK DISTRIBUTORS, LLC

Danielle Santomenno;
Karen Poley;
Barbara Poley,
 Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. 2-10-cv-01655)
District Judge:  Honorable William J. Martini
_____

Argued June 12, 2014

Before: FISHER, VAN ANTWERPEN and TASHIMA,[*] *Circuit Judges*.

___

## JUDGMENT

___

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on June 12, 2014.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered July 24, 2013, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

                          Attest:

                          s/Marcia M. Waldron
                          Clerk

Dated: September 26, 2014

---

[*]The Honorable A. Wallace Tashima, Senior Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.