UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3467
_____

DANIELLE SANTOMENNO, for the use and benefit of the John Hancock Trust and the John Hancock Funds II; KAREN POLEY and BARBARA POLEY, for the use and benefit of the John Hancock Funds II; DANIELLE SANTOMENNO, KAREN POLEY and BARBARA POLEY individually and on behalf of ERISA employee benefitplans that held, or continue to hold, group variable annuity contracts issued/sold by John Hancock Life Insurance Company (U.S.A.), and the participants and beneficiaries of all such ERISA covered employee benefit plans; and DANIELLE SANTOMENNO individually and on behalfof any person or entity that is a party to, or has acquired rights under, an individual or group variable annuity contract that was issued/sold by John Hancock Life Insurance Company (U.S.A.) where the underlying investment was a John Hancock proprietary fund contained in the John Hancock Trust

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A);
JOHN HANCOCK INVESTMENT MANAGEMENT SERVICES, LLC;
JOHN HANCOCK FUNDS; LLC,
JOHN HANCOCK DISTRIBUTORS, LLC

Danielle Santomenno;
Karen Poley;
Barbara Poley,
Appellants
_____

(D. NJ. No. 2-10-cv-01655)

Present: McKEE, <u>Chief</u> <u>Judge</u>, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, VAN ANTWERPEN* and TASHIMA,** *Circuit Judges*.
_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC
_____

The petition for rehearing filed by Appellant's Danielle Santomenno, Karen Poley and Barbara Poley in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT:

*s/ D. Michael Fisher*
Circuit Judge

Dated: November 24, 2014
tmm/cc: all counsel of record

[*] Judge Van Antwerpen's vote is limited to panel rehearing only.
[**] The vote of Judge Tashima, who is sitting by designation, is limited to panel rehearing only.